# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDA ORT**, | : | **CIVIL ACTION NO. 1:10-CV-614** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **STRYKER CORPORATION and** | : | |
| **HOWMEDICA OSTEONICS CORP.**, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 7th day of June, 2010, upon consideration of the Joint Motion (Doc. 12) of Plaintiff, Linda Ort ("Plaintiff") and Defendant, Howmedica Osteonics Corp. ("HOC") to stay proceedings of this matter for sixty (60) days, until August 2, 2010, it is hereby ORDERED that:

(1) The joint motion (Doc. 12) is GRANTED. All proceedings in this matter shall be STAYED until August 2, 2010;

(2) Plaintiff's May 26, 2010 Opposition to HOC's Motion to Dismiss is withdrawn, and Plaintiff shall serve and file Opposition to HOC's Motion by August 9, 2010;

(3) HOC shall serve and file a Reply to Plaintiff's Opposition by August 23, 2010; and

(4) The Initial Case Management Conference, currently scheduled for June 15, 2010, is continued to September 14, 2010, at 10:30 a.m.


      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge